July 21, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

## IN THE ESTATE OF RUTH BAILEY, DECEASED

NO. 14-14-00291-CV

_____

This cause, an appeal from the judgment signed March 14, 2014 in favor of appellee Effie Collins, which rendered final the partial summary judgment signed on November 5, 2013 in favor of Effie Collins, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants Iona Grant, Lauretta Moss, and Nannie Johnson jointly and severally to pay all costs incurred in this appeal.

We further order this decision certified below for observance.